**Order filed August 10, 2020**



In The

# Eleventh Court of Appeals

_____

## No. 11-20-00176-CV

_____

## IN RE GERMANIA SELECT INSURANCE COMPANY

**Original Mandamus Proceeding**

## O R D E R

In conjunction with its original mandamus proceeding, Germania Select Insurance Company has filed in this court a motion for temporary relief.  In that motion, Germania requests "temporary relief in the form of abatement of discovery on plaintiff's claims for extracontractual liability."  Germania asserts that such temporary relief is necessary in order to protect Germania from undue expense, harassment, and expenditure of resources during this process and also to preserve and protect this court's jurisdiction over the petition for writ of mandamus that was filed concurrently with the motion.  *See* TEX. R. APP. P. 52.10(a).

Pursuant to Rule 52.10(b) of the Texas Rules of Appellate Procedure, we grant Germania's motion for temporary relief and hereby stay any further discovery

related to the extracontractual claims asserted by the real party in interest against Germania. Such discovery is stayed pending further order of this court or final disposition of this mandamus proceeding.

PER CURIAM

August 10, 2020

Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.[1]

Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.